IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TUMLINSON GROUP, INC.,

    Plaintiff,

  v.

SCOTT D. JOHANNESSEN, et al.          Case No. 2:09-cv-1089 JFM

    Defendants.

_____/

SCOTT JOHANNESSEN, et al.,

    Counterclaimant,

  v.

TUMLINSON GROUP, INC.,

    Counterdefendant.

_____/        <u>ORDER</u>

        This action been reassigned to the undersigned pursuant to the parties' consent to proceed before the undersigned for all purposes. <u>See</u> 28 U.S.C. § 636(c). The parties have filed status reports concerning the scheduling of this action. Upon consideration of the status reports on file in this action, THE COURT ORDERS AS FOLLOWS:

/////

1. The parties shall exchange lists of expert witnesses no later than ninety days prior to trial date.  Fed. R. Civ. P. 26(a)(2)(C).

2. Discovery shall be completed, and all motions pertaining to discovery shall be noticed to be heard, by February 25, 2010.

3. Dispositive motions shall be noticed to be heard by April 29, 2010.

4. The pretrial conference is set for July 8, 2010 at 1:30 p.m. in courtroom # 26.  Pretrial statements shall be filed pursuant to Local Rule 16-281.

5. Jury trial of this matter is set for September 13, 2010 at 9:00 a.m. in courtroom #26 before the undersigned.  The parties shall file trial briefs pursuant to Local Rule 16-285.  The parties estimate trial will last between seven and nine days.

6. The parties are granted leave to propound more than the 25 interrogatories permitted by Fed. R. Civ. P. 33(a)(1).

DATED:   November 30, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001;tumlinson.so