IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TUMLINSON GROUP, INC.,

    Plaintiff,

  v.

SCOTT D. JOHANNESSEN, et al.          Case No. 2:09-cv-1089 JFM

    Defendants.
_____/

SCOTT JOHANNESSEN, et al.,

    Counterclaimants,

  v.

TUMLINSON GROUP, INC., et al.,

    Counterdefendants.          ORDER
_____/

        This court has reviewed an email sent from defendant Scott Johannessen to the courtroom deputy dated January 28, 2011 asking the courtroom deputy for advice on how to proceed concerning difficulties Mr. Johannessen is having regarding the jury trial scheduled for Monday, January 31, 2011. Mr. Johannessen is a licensed attorney and member of the bar of this court. As such, he should understand that this is not a proper question to put to court staff and, additionally, that this ex parte communication is not a proper vehicle for seeking court action.

/////

Accordingly, IT IS HEREBY ORDERED that a printed copy of the email be filed as a part of the record of this case and the email shall be otherwise disregarded.

DATED: January 28, 2011

_____
UNITED STATES MAGISTRATE JUDGE

/014;tuml1089.jo