IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TUMLINSON GROUP, INC.,

     Plaintiff,

     v.

SCOTT D. JOHANNESSEN, et al.        Case No. 2:09-cv-1089 JFM

     Defendants.

_____/

SCOTT JOHANNESSEN, et al.,

     Counterclaimants,

     v.

TUMLINSON GROUP, INC., et al.,

     Counterdefendants.

_____/     <u>ORDER</u>

On January 31, 2011, plaintiff filed two motions in limine.  Also on that day, this matter was stayed due to notice of the initiation of bankruptcy proceedings by defendant Lorrie Johannessen in the Middle District of Tennessee.  Accordingly, IT IS HEREBY ORDERED that plaintiff's motions in limine are denied without prejudice to their renewal.

DATED: May 13, 2011.

UNITED STATES MAGISTRATE JUDGE

/014;tuml1089.limine

1