IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUMLINSON GROUP, INC., | |
|     Plaintiff, | |
|     v. | |
| SCOTT D. JOHANNESSEN, et al. | Case No. 2:09-cv-1089 JFM (C) |
|     Defendants. | |
| _____/ | |
| SCOTT JOHANNESSEN, et al., | |
|     Counterclaimants, | |
|     v. | |
| TUMLINSON GROUP, INC., et al., | <u>ORDER</u> |
|     Counterdefendants. | |
| _____/ | |

    A hearing was held in this matter on November 21, 2011. Douglas MacDonald appeared by telephone for plaintiff Tumlinson Group, Inc., and counter-defendant Kenneth Tumlinson. Defendant Scott Johannessen appeared by telephone in propria persona and as counsel for Lorrie Johannessen. Following discussion with counsel, this case will be reset for trial.

1       During the hearing, counsel for plaintiff noted that, in anticipation of the
2 previously-set trial date, the parties already filed exhibits and motions with the court.  Although
3 they have been filed, counsel is referred to this court's May 13, 2011 order (Doc. No. 74), which
4 denied plaintiff's motions in limine without prejudice to their renewal.
5       Accordingly, IT IS HEREBY ORDERED that a jury trial is scheduled before the
6 undersigned on January 23, 2012 at 10:00 a.m. in courtroom # 26.
7 DATED: November 22, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

/014;tuml1089.oah