1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10  TUMLINSON GROUP, INC.,
11         Plaintiff,
12     v.
13  SCOTT D. JOHANNESSEN, et al.          Case No. 2:09-cv-1089 JFM (C)
14         Defendants.
15  _____/
16  SCOTT JOHANNESSEN, et al.,
17         Counterclaimants,
18     v.
19  TUMLINSON GROUP, INC., et al.,        <u>ORDER</u>
20         Counterdefendants.
21  _____/
22         A hearing was held in this matter on November 21, 2011. Douglas MacDonald
23  appeared by telephone for plaintiff Tumlinson Group, Inc., and counter-defendant Kenneth
24  Tumlinson. Defendant Scott Johannessen appeared by telephone in propria persona and as
25  counsel for Lorrie Johannessen. Following discussion with counsel, this case will be reset for
26  trial.

1       During the hearing, counsel for plaintiff noted that, in anticipation of the
2 previously-set trial date, the parties already filed exhibits and motions with the court.  Although
3 they have been filed, counsel is referred to this court's May 13, 2011 order (Doc. No. 74), which
4 denied plaintiff's motions in limine without prejudice to their renewal.
5       Accordingly, IT IS HEREBY ORDERED that a jury trial is scheduled before the
6 undersigned on January 23, 2012 at 10:00 a.m. in courtroom # 26.
7 DATED: November 22, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

/014;tuml1089.oah