IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TUMLINSON GROUP, INC.,

    Plaintiff,

  v.

SCOTT D. JOHANNESSEN, et al.          Case No. 2:09-cv-1089 JFM

    Defendants.
_____/

SCOTT JOHANNESSEN, et al.,

    Counterclaimants,

  v.

TUMLINSON GROUP, INC., et al.,

    Counterdefendants.
_____/      <u>ORDER</u>

        On January 18, 2012, the court held a status conference in this matter. Douglas MacDonald appeared by telephone for plaintiff Tumlinson Group, Inc., and counter-defendant Kenneth Tumlinson. Defendant Scott Johannessen appeared by telephone for himself in propria persona and as counsel for Lorrie Johannessen. At issue was plaintiff's January 16, 2012 request to seal a document and to continue the January 23, 2012 trial date.

/////

/////

1

1  Following discussion with counsel and good cause appearing therefor, IT IS
2  HEREBY ORDERED that:
3     1. Plaintiff's January 16, 2012 request to seal is granted; and
4     2. The January 23, 2012 trial date is continued to March 12, 2012 at 10:00 a.m. in
5  Courtroom #26.
6  DATED: January 18, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

/014;tuml1089.jo3