1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                  FOR THE EASTERN DISTRICT OF CALIFORNIA

8   TUMLINSON GROUP, INC.,

9              Plaintiff,

10        v.

11  SCOTT D. JOHANNESSEN, et al.          Case No. 2:09-cv-1089 JFM

12             Defendants.

13  _____/

14  SCOTT JOHANNESSEN, et al.,

15             Counterclaimants,

16        v.

17  TUMLINSON GROUP, INC., et al.,

18             Counterdefendants.

19  _____/          <u>ORDER</u>

20            On January 18, 2012, the court held a status conference in this matter.  Douglas

21  MacDonald appeared by telephone for plaintiff Tumlinson Group, Inc., and counter-defendant

22  Kenneth Tumlinson.  Defendant Scott Johannessen appeared by telephone for himself in propria

23  persona and as counsel for Lorrie Johannessen.  At issue was plaintiff's January 16, 2012 request

24  to seal a document and to continue the January 23, 2012 trial date.

25  /////

26  /////

1

1    Following discussion with counsel and good cause appearing therefor, IT IS

2  HEREBY ORDERED that:

3    1. Plaintiff's January 16, 2012 request to seal is granted; and

4    2. The January 23, 2012 trial date is continued to March 12, 2012 at 10:00 a.m. in

5  Courtroom #26.

6  DATED: January 18, 2012.

7

8                                    UNITED STATES MAGISTRATE JUDGE

9

10  /014;tuml1089.jo3

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2