IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TUMLINSON GROUP, INC.,

    Plaintiff,

    v.

SCOTT D. JOHANNESSEN, et al.

    Defendants.

_____/

SCOTT JOHANNESSEN, et al.,

    Counterclaimants,

    v.

TUMLINSON GROUP, INC., et al.,

    Counterdefendants.

_____/

Case No. 2:09-cv-1089 JFM (C)

ORDER

    A status conference was held in this matter on May 3, 2012. Douglas MacDonald appeared for plaintiff and counter-defendants. Scott Johannessen appeared for defendants and counter-claimants. Following discussion of counsel, IT IS HEREBY ORDERED that:

    1. The parties shall file a status report on or before June 20, 2012 regarding the status of defendants' bankruptcy petition in the Middle District of Tennessee;

1

2. This action is stayed; and

3. The Clerk of the Court is directed to administratively close this action nunc pro tunc to March 12, 2012.

DATED: May 7, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

/014;tuml1089.jo5